United States District Judge FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STACEY L. BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security, | )<br>) CIVIL NO. 04-5852KLS<br>)<br>) ORDER FOR EAJA FEES, COSTS AND<br>) EXPENSES<br>)<br>)<br>)<br>)<br>) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of $4,579.05 plus costs of $195.15 and expenses of $52.22.

DATED this 3rd day of June 2005.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[04-5852KLS] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[04-5852KLS] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055